Approved, SCAO

| | Original - Court | 2nd copy - Plaintiff |
|---|---|---|
| | 1st copy - Defendant | 3rd copy - Return |

| **STATE OF MICHIGAN** | | **CASE NO.** |
|---|---|---|
| JUDICIAL DISTRICT | **SUMMONS** | 26- 9553 -CZ |
| 13th JUDICIAL CIRCUIT | | |
| Antrim COUNTY | | |

**Court address**: 203 E. Cayuga St., Bellaire, MI 49615

**Court telephone no.**: (231) 533-6353

**Plaintiff's name, address, and telephone no.**
Short's Brewing Company, Inc.
211 Industrial Park Drive
Elk Rapids, MI 49629

v

**Defendant's name, address, and telephone no.**
C.H. Robinson Company, Inc., a Michigan Corporation,

SERVE: CSC-LAWYERS INCORPORATING SERVICE (COMPANY), Resident Agent
3410 Belle Chase Way, Ste 600
Lansing, MI 48911

**Plaintiff's attorney, bar no., address, and telephone no.**
Bradley D. Wierda (P63811)
Smith & Johnson, Attorneys, P.C.
P.O. Box 705
Traverse City, MI 49685-0705
231-946-0700

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**
☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.
☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.
☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**
☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.
☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).
☑ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in ☐ this court, ☐ _____ Court, where it was given case number _____ and assigned to Judge _____.

The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk.   **SUMMONS**

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk |
|---|---|---|
| 01.26.2026 | 04.27.2026 | [signature] |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01 (3/23) **SUMMONS**   MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF ANTRIM

SHORT'S BREWING COMPANY, LLC,
a Michigan limited liability company,

        Plaintiff,

-vs-                                             File No. 26-     -CZ

C.H. ROBINSON COMPANY, INC., a
foreign corporation,

        Defendant.
_____/

Bradley D. Wierda (P63811)
SMITH & JOHNSON, ATTORNEYS, P.C.
Attorney for Plaintiff
534 E. Front St., P.O. Box 705
Traverse City, MI 49685-0705
(231) 946-0700
_____/

## COMPLAINT

**THERE IS NO OTHER PENDING OR RESOLVED CIVIL ACTION BETWEEN THESE PARTIES ARISING OUT OF THE SAME TRANSACTION OR OCCURRENCE AS ALLEGED IN THIS COMPLAINT**

NOW COMES Plaintiff, Short's Brewing Company, LLC, by and through its attorneys, Smith & Johnson, Attorneys, P.C., and for its Complaint against Defendant, states as follows:

1.     Plaintiff, Short's Brewing Company, LLC (hereinafter "Short's Brewing Company") is a Michigan limited liability company that has a principal place of business and does business in Antrim County, State of Michigan.

2.     Defendant, C.H. ROBINSON COMPANY, INC., (hereinafter C.H. Robinson) is a foreign corporation doing business in Antrim County, State of Michigan.

3.     The underlying business involving these parties occurred in Antrim County, Michigan.

1

4. Subject matter jurisdiction and venue are proper because the amount in controversy exceeds Twenty-Five Thousand and no/100 Dollars ($25,000.00) and the subject matter of this litigation is otherwise within the jurisdiction of this Honorable Court pursuant to 49 U.S.C. § 14706(d)(1).

## COUNT I – CARMACK AMENDMENT CLAIM

Plaintiff incorporates by reference the allegations as stated in the previous paragraphs, as if fully restated herein.

5. On or about April 21, 2023, C.H. Robinson agreed to transport by truck a load of frozen juice concentrate consisting of 55 total pieces and weighing 14,579 pounds (hereinafter the "Property") for Short's Brewing Company from Greenwood Associates in Northlake, Illinois to Plaintiff's facilities in Elk Rapids, Michigan.

6. At all times relevant hereto, C.H. Robinson was engaged in the business of a freight forwarder and/or motor carrier and was receiving and delivering property within the meaning of the Carmack Amendment.

7. On May 8, 2023, C.H. Robinson received the Property for delivery at Greenwood Associates' facility located in Northlake, Illinois.

8. C.H. Robinson provided a Straight Bill of Lading upon receiving the Property confirming that the Property was in good condition upon receipt. *Bill of Lading attached hereto as Exhibit A.*

9. C.H. Robinson informed Short's Brewing Company that the Property's estimated time of delivery was 1400 hours on May 8, 2023.

10. C.H. Robinson failed to deliver the Property on May 8, 2023.

11. On May 9, 2023, Short's Brewing Company informed C.H. Robinson that the Property had not been delivered.

12. On May 15, 2023, C.H. Robinson informed Short's Brewing Company that the Property had been located in Wisconsin.

SMITH & JOHNSON, ATTORNEYS
PROFESSIONAL CORPORATION
TRAVERSE CITY, MICHIGAN

13. As of that date, the Property could no longer be used by Short's Brewing Company since it consisted of frozen juice concentrate and had not been refrigerated since it went missing one week earlier.

14. The damage sustained to the Property was proximately caused in whole or in part by events during interstate road carriage while the Property was in the custody of C.H. Robinson and/or entities acting on its behalf.

15. Short's Brewing Company paid Greenwood Associates Thirty-Seven Thousand Ninety-Two Dollars and 47/100 ($37,092.47) to purchase the property which C.H. Robinson failed to deliver. *Invoice attached hereto as Exhibit B.*

16. Short's Brewing Company subsequently provided C.H. Robinson with a claim identifying the delivery and documenting the damages. *Claim of Loss attached hereto as Exhibit C (attachments not produced again as already produced as Exhibits A and B).*

17. C.H. Robinsons has failed and/or refused to refund Short's Brewing Company the amount of Thirty-Seven Thousand Ninety-Two Dollars and 47/100 ($37,092.47).

18. By reason of the foregoing, C.H. Robinson is liable, without limitation of any kind, as a carrier under the Carmack Amendment, and Short's Brewing Company has sustained actual damages, duly demanded, in the sum of Thirty-Seven Thousand Ninety-Two Dollars and 47/100 ($37,092.47)

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter Judgment against Defendant in the amount of for $37,092.47, plus all allowable interest, costs, and fees – including actual and/or reasonable attorney fees.

Respectfully submitted,

SMITH & JOHNSON, ATTORNEYS, P.C.

Dated: January 15, 2026      By: _____
Bradley D. Wierda (P63811)
Attorney for Plaintiff

SMITH & JOHNSON, ATTORNEYS
PROFESSIONAL CORPORATION
TRAVERSE CITY, MICHIGAN

Appendix A

# Exhibit A

Appendix A

BOL 2023-59064-00 

 # STRAIGHT BILL OF LADING -- SHORT FORM
ORIGINAL -- NOT NEGOTIABLE

This is to certify that the below-name materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shipper's No. 2023-59064-0

**CPU**
(Name of Carrier)  (SCAC)

Carrier's No. _____
P.O. No. 1672

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of Issue of the Bill of Lading,

at **Northlake, IL 60164**  From **Greenwood - Northlake**

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout the contract as meaning any person of corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in classification or tariff which governs the transportation of this shipment, and the said terms and condition are hereby agreed to by the shipper and accepted for himself and his assigns.

Consigned to **Shorts Brewing Company**  ATTN: **(231) 944-8671**

Destination **211 Industrial Park Dr Elk Rapids, MI 49629**

Delivering Carrier _____  Car or Vehicle Initials _____  No. _____

| No. Pieces | Container | Kind of Package, Description of Articles, Special Marks, and Exceptions | Net Weight | Gross Weight | Class or Rate |
|---|---|---|---|---|---|
| 6 | Drums | WMJC65A-L001-DR00 — Watermelon Juice Concentrate Clarified Acidified 65 Brix | 3,307 | 3,529 | |
| 6 | Drums | PCJC68F-L001-DR00 — Peach Juice Concentrate 68 Brix | 6,264 | 6,486 | |
| 4 | Drums | ORJC65F-0001-DR00 — Orange Juice Concentrate 65 Brix | 2,292 | 2,440 | |
| 18 | Cases-51 lb. | ORJC50A-00B1-CS51 — Orange Juice Concentrate, Blood 50 Brix (Domestic Blend) | 918 | 954 | |
| 12 | Pails-51 lb. | PFJC50F-0001-PA51 — Passion Fruit Juice Concentrate 50 Brix | 612 | 648 | |
| 3 | Pails-55 lb. | RAJC65F-L0R1-PA55 — Raspberry Juice Concentrate, Red 65 Brix | 165 | 174 | |
| 3 | Pails-55 lb. | BBJC65F-L001-PA55 — Blueberry Juice Concentrate 65 Brix | 165 | 174 | |
| 3 | Pails-55 lb. | STJC65F-L001-PA55 — Strawberry Juice Concentrate 65 Brix | 165 | 174 | |
| | Each | PLTS-SHP1 — Shipping Pallets | 270 | 270 | |

Total Piece Count: 55  Total Weight (lbs.): 14,579

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated to be not exceeding _____.

**Please Bill Freight To:**

If Charges are to be prepaid, write or stamp here.
**Collect**

Subject to Section 7 of Conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignee shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and other lawful charges.

(Signature of the Consignor)

Loaded By: JH
Pallets In: 0
Free of Pests? Y / N
Trailer Clean? Y / N
Trailer Intact? Y / N
Seal #: _____

Temp (F): _____
Pallets Out: 70
Acceptable Odor? Y / N
Padlocked? Y / N
Approved By: _____

Enter temperature requirement here:
**Ambient**

I acknowledge this temperature requirement and will set my refrigeration unit appropriately.
Initials: _____

Shipping Dock Notes: _____

**Greenwood Associates, Inc.**  Shipper, Per _____  Agent, Per _____

Permanent post-office address of shipper **6280 W. Howard St. Niles, IL 60714**

Printed By: Eazuri Castro  05/04/2023 at 16:15:15

# Exhibit B



www.greenwoodassociates.com
Phone: (847) 579-5500

# Invoice

| | |
|---|---:|
| **Invoice Date** | 05/08/2023 |
| **Invoice Number** | 2023-59064-00 |
| **PO Number** | 16727 |
| **Payment Terms** | Net 30 |

**Bill-To**

Short's Brewing Company
211 Industrial Park Dr
Attn: Accounts Payable
Elk Rapids, MI 49629

**Ship-To**

Shorts Brewing Company
211 Industrial Park Dr
Elk Rapids, MI 49629

| Ordered | Shipped | Invoiced | Terms | Payment Due | Ship Via | Freight Terms |
|---|---|---|---|---|---|---|
| 04/20/2023 | 05/08/2023 | 05/08/2023 | Net 30 | 06/07/2023 | CPU | Collect |

| Part Number | Description | Ordered | Price | Extension |
|---|---|---|---|---:|
| WMJC65A-L001-DR00 | Watermelon Juice Concentrate Clarified Acidified 65 Brix | 6.00 | $38.24 per Gallon | |
| Lot: IPR-L2201305400 | 3.00 @ 49.9800 | Gallon Subtotal: 149.94 Gallon | | $5,733.71 |
| Lot: IPR-L2201309285 | 3.00 @ 50.0200 | Gallon Subtotal: 150.06 Gallon | | $5,738.29 |
| PCJC68F-L001-DR00 | Peach Juice Concentrate 68 Brix | 6.00 | $27.11 per Gallon | |
| Lot: FSM-1079PH2 | 2.00 @ 51.6300 | Gallon Subtotal: 103.26 Gallon | | $2,799.38 |
| Lot: FSM-1175PH2 | 4.00 @ 51.6600 | Gallon Subtotal: 206.64 Gallon | | $5,602.01 |
| ORJC65F-0001-DR00 | Orange Juice Concentrate 65 Brix | 4.00 | $28.89 per Gallon | |
| Lot: CFP-002-20230225-021494 | 4.00 @ 51.9300 | Gallon Subtotal: 207.72 Gallon | | $6,001.03 |

Please remit to:
<u>Wire/ACH (Best and fastest method of payment)</u>

BMO Harris Bank       Account # 20010627
111 W Monroe Street   ACH/Wire #071000288
Chicago, IL 60603     SWIFT/BIC: HATRUS44

<u>Checks (Lockbox - Please allow sufficient time for transit and processing)</u>

Greenwood Associates, Inc.
P.O. Box 95851
Chicago, IL 60694-5851

| | |
|---|---:|
| Product | $37,003.97 |
| Pallets | $88.50 |
| Freight | $0.00 |
| Other Charges | $0.00 |
| Total Order | $37,092.47 |
| Amount Paid | $0.00 |
| **Amount Due** | **$37,092.47** |

Original

Page 1 of 3



www.greenwoodassociates.com
Phone: (847) 579-5500

# Invoice

| | |
|---|---:|
| Invoice Date | 05/08/2023 |
| Invoice Number | 2023-59064-00 |
| PO Number | 16727 |
| Payment Terms | Net 30 |

**Bill-To**

Short's Brewing Company
211 Industrial Park Dr
Attn: Accounts Payable
Elk Rapids, MI 49629

**Ship-To**

Shorts Brewing Company
211 Industrial Park Dr
Elk Rapids, MI 49629

| Ordered | Shipped | Invoiced | Terms | Payment Due | Ship Via | Freight Terms |
|---|---|---|---|---|---|---|
| 04/20/2023 | 05/08/2023 | 05/08/2023 | Net 30 | 06/07/2023 | CPU | Collect |

| Part Number | Description | Ordered | Price | Extension |
|---|---|---|---|---|
| ORJC50A-00B1-CS51 | Orange Juice Concentrate, Blood 50 Brix (Domestic Blend) | 18.00 | $32.48 per Gallon | $2,923.20 |
| Lot: CPF-202100527 | 18.00 @ 5.0000 | Gallon Subtotal: 90.00 Gallon | | |
| PFJC50F-0001-PA51 | Passion Fruit Juice Concentrate 50 Brix | 12.00 | $54.86 per Gallon | $3,291.60 |
| Lot: CPF-202301620 | 12.00 @ 5.0000 | Gallon Subtotal: 60.00 Gallon | | |
| RAJC65F-L0R1-PA55 | Raspberry Juice Concentrate, Red 65 Brix | 3.00 | $161.80 per Gallon | $2,427.00 |
| Lot: CPF-202201404 | 3.00 @ 5.0000 | Gallon Subtotal: 15.00 Gallon | | |
| BBJC65F-L001-PA55 | Blueberry Juice Concentrate 65 Brix | 3.00 | $73.56 per Gallon | $1,103.40 |
| Lot: CPF-202301554 | 3.00 @ 5.0000 | Gallon Subtotal: 15.00 Gallon | | |

Please remit to:
**Wire/ACH (Best and fastest method of payment)**

BMO Harris Bank       Account # 20010627
111 W Monroe Street   ACH/Wire #071000288
Chicago, IL 60603     SWIFT/BIC: HATRUS44

**Checks (Lockbox - Please allow sufficient time for transit and processing)**

Greenwood Associates, Inc.
P.O. Box 95851
Chicago, IL 60694-5851

| | |
|---|---:|
| Product | $37,003.97 |
| Pallets | $88.50 |
| Freight | $0.00 |
| Other Charges | $0.00 |
| Total Order | $37,092.47 |
| Amount Paid | $0.00 |
| **Amount Due** | **$37,092.47** |

Original

Page 2 of 3



www.greenwoodassociates.com
Phone: (847) 579-5500

# Invoice

| | |
|---|---|
| Invoice Date | 05/08/2023 |
| Invoice Number | 2023-59064-00 |
| PO Number | 16727 |
| Payment Terms | Net 30 |

**Bill-To**

Short's Brewing Company
211 Industrial Park Dr
Attn: Accounts Payable
Elk Rapids, MI 49629

**Ship-To**

Shorts Brewing Company
211 Industrial Park Dr
Elk Rapids, MI 49629

| Ordered | Shipped | Invoiced | Terms | Payment Due | Ship Via | Freight Terms |
|---|---|---|---|---|---|---|
| 04/20/2023 | 05/08/2023 | 05/08/2023 | Net 30 | 06/07/2023 | CPU | Collect |

| Part Number | Description | Ordered | Price | Extension |
|---|---|---|---|---|
| STJC65F-L001-PA55 | Strawberry Juice Concentrate 65 Brix | 3.00 | $92.29 per Gallon | $1,384.35 |
| | Lot: CPF-202201246   3.00 @ 5.0000 | Gallon   Subtotal: 15.00 Gallon | | |
| PLTS-SHP1 | Shipping Pallets | 6.00 | $14.75 per Each | $88.50 |

Please remit to:
**Wire/ACH (Best and fastest method of payment)**

BMO Harris Bank          Account # 20010627
111 W Monroe Street      ACH/Wire #071000288
Chicago, IL 60603        SWIFT/BIC: HATRUS44

**Checks (Lockbox - Please allow sufficient time for transit and processing)**

Greenwood Associates, Inc.
P.O. Box 95851
Chicago, IL 60694-5851

| | |
|---|---|
| Product | $37,003.97 |
| Pallets | $88.50 |
| Freight | $0.00 |
| Other Charges | $0.00 |
| Total Order | $37,092.47 |
| Amount Paid | $0.00 |
| **Amount Due** | **$37,092.47** |

Original

Page 3 of 3

# Exhibit C

Appendix A

# Standard Form For Presentation of Loss Claim and Damage

Date: 5/11/23    Carrier's #: _____    Claimant's #: _____

Name & Address of Carrier: _____

Name & Address of Claimant (Owner of Cargo):
Short's Brewing Co
211 Industrial Park Dr
Elk Rapids, MI 49629

This claim for $ 37,092.47 is made against the carrier named above by Short's for LOSS in connection with the following described shipments:

Description of Damage: Product not received

Shipped From: Greenwood, Northlake, IL

Date of Bill of Lading: May 4-23

To (Consignee Name & Address (Receiver of Goods):
Short's Brewing Co
211 Industrial Park Dr
Elk Rapids, MI 49629

Reference # for Load: (BOL #, Invoice #, etc)
BOL 2023-59064-00   PO 16727
Chr # 431091412

## DETAILED STATEMENT SHOWING HOW AMOUNT CLAIMED IS DETERMINDED

(Number & description of articles, nature, & extent of loss of damage, invoice price of articles, amt of claim)

| | | |
|---|---|---|
| Invoice attached | | |
| | | |
| | | |
| Amount Claimed: 37,092.47 | Total: | 37,092.47 |

IN ADDITION TO THE INFORMATION GIVEN ABOVE, THE FOLLOWING DOCUMENTS ARE SUBMITTED IN SUPPORT OF THIS CLAIM.*

- [x] 1. Original bill of lading, if not previously surrendered to carrier. (on file)
- [ ] 2. Original freight (expense) bill.
- [x] 3. Original invoice or certified copy. (on file)
- [ ] 4. Other particulars obtainable in proof of loss or damage claimed.

Remarks: This load was picked up Thursday May 4 and supposed to deliver May 5. We have not received and can no loger accept it as it needed to be frozen or refrigerated within 24 hrs

X: _____ (Signature of Claimant)

Claimants will please check (x) before such of the documents mentioned as have been attached, and explain under "Remarks" the absence of any of the documents called for in connection with this claim. When for any reason it is impossible for claimant to produce original bill of lading, or paid freight bill, claimant should indemnify carrier or carriers against duplicate claim, supported by original documents.